# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

**JUDGMENT IN A CRIMINAL CASE**
**(For Offenses Committed On or After November 1, 1987)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CASE NUMBER 2:19CR42-001** |
| **v.** | ) | **U.S.M. No. 17932-027** |
| | ) | |
| **BOBBY LEON SMITH,** | ) | |
| **Defendant** | ) | |
| | ) | |
| | ) | **PETER L. BOYLES,** |
| | ) | **ATTORNEY FOR DEFENDANT** |

**THE DEFENDANT** pleaded guilty to count 1 of the Superseding Indictment on August 14, 2020.

| Title, Section & Nature of Offense | Date Offense Concluded | Count No. |
|---|---|---|
| 18:922(g)(1) FELON IN POSSESSION OF AMMUNITION | April 4, 2019 | 1 |

Defendant is sentenced as provided in pages 2 through 8 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

September 20, 2021
——————————————
Date of Imposition of Judgment

/s/ James T. Moody
——————————————
James T. Moody, Judge
United States District Court

September 20, 2021
——————————————
Date Signed

Defendant: BOBBY LEON SMITH
Case Number: 2:19CR42-001

## IMPRISONMENT

Accordingly, the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **55 months.**

The Court makes the following recommendations to the Bureau of Prisons:

The defendant be given credit for time served while awaiting his sentencing, as determined by the Bureau of Prisons relevant regulations.

The defendant be placed in an institution located in close proximity to Northern District of Georgia to be the place of service of this prison sentence.

The defendant be placed in an institution with the following program(s): an educational program and a vocational training program.

The defendant receive prerelease placement in a residential reentry center upon release.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
DEPUTY UNITED STATES MARSHAL

2

Defendant: BOBBY LEON SMITH
Case Number: 2:19CR42-001

## SUPERVISED RELEASE

Upon the defendant's release from prison by the Bureau of Prisons, he is to immediately be placed on supervised release for a term of 3 years.

## MANDATORY CONDITIONS OF SUPERVISION

While on supervision, the defendant shall comply with the following mandatory conditions:

**1.** You shall not commit another federal, state, or local crime.

**2.** You shall not unlawfully possess a controlled substance.

**4.** You shall cooperate in the collection of a DNA sample from you if the collection of such a sample is authorized under section 3 of the DNA Analysis Backlog Elimination Act of 2000.

## DISCRETIONARY CONDITIONS OF SUPERVISION

While on supervision, the defendant shall comply with the following discretionary conditions:

**1.** Unless directed otherwise by the probation officer, you must report to the probation office in the federal judicial district where you reside within 72 hours of your release from imprisonment or commencement of probation. *(This condition serves the statutory sentencing purposes of public protection and rehabilitation. It also enables the probation officer to satisfy the statutory requirements to: Be responsible for the defendant; instruct the defendant as to the conditions of supervision specified by the sentencing court; keep informed as to the conduct and condition of the defendant; report the defendant's conduct and condition to the sentencing court; and aid the defendant in bringing about improvements in his or her conduct and condition. It also allows the probation office to begin the supervision process by requiring the defendant to notify the probation office that he or she has been released from the custody of the Bureau of Prisons or that he or she has commenced the specified term of probation.)*

**2.** After initially reporting to the probation office in the federal judicial district where you reside, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. *(This condition serves the statutory sentencing purposes of public protection and rehabilitation. It also enables the probation officer to: Be responsible for the defendant; instruct the defendant as to the conditions of supervision specified by the sentencing court; keep informed as to the conduct and condition of the defendant; report the defendant's conduct and condition to the sentencing court; and aid the defendant in bringing about improvements in his or her conduct and condition.)*

3

Defendant: BOBBY LEON SMITH                                                                 Page 4 of 8
Case Number: 2:19CR42-001

**3.** You must answer truthfully the questions the probation officer asks you related to the conditions of supervision.  This condition does not prevent you from invoking your Fifth Amendment privilege against self-incrimination.  *(This condition serves the statutory sentencing purposes of public protection and rehabilitation.  It also enables the probation officer to satisfy the statutory requirements to: Keep informed as to the conduct and condition of the defendant; report the defendant's conduct and condition to the sentencing court; and aid the defendant in bringing about improvements in his or her conduct and condition.  The purpose of this condition is to build positive rapport and facilitate an honest discussion between the probation officer and the defendant.  Accurate and complete information about the nature and circumstances of the offense and the history and characteristics of the defendant is necessary to implement effective supervision practices.  This condition also promotes the safety of the probation officer by notifying him or her of possible safety threats (e.g., weapons or other occupants in the defendant's home with a history of violence).  The probation officer attempts to develop and maintain a positive relationship with the defendant through transparent communication and the implementation of core correctional practices (e.g., active listening, development of problem solving skills, and effective reinforcement).  Finally, this condition allows the probation officer to implement supervision methods demonstrated by social science to be effective at achieving positive outcomes.)*

**4.** You must not knowingly leave the federal judicial district to which you are released without first getting permission from the court or the probation officer.  *(This condition serves the statutory sentencing purposes of public protection and rehabilitation.  It also enables the probation officer to: Be responsible for the defendant; instruct the defendant as to the conditions of supervision specified by the sentencing court; keep informed as to the conduct and condition of the defendant; report the defendant's conduct and condition to the sentencing court; and aid the defendant in bringing about improvements in his or her conduct and condition.  It also allows the probation officer to supervise the defendant by setting boundaries for travel without permission and by keeping the probation officer informed of the defendant's whereabouts.  Finally, it allows the probation officer to implement supervision methods demonstrated by social science to be effective at achieving positive outcomes.)*

**5.** You must follow the instructions of the probation officer designed to make sure you comply with the conditions of supervision.  *(This condition serves the statutory sentencing purposes of public protection and rehabilitation.  It also enables the probation officer to satisfy the statutory requirements to:  Keep informed as to the conduct and condition of the defendant; report the defendant's conduct and condition to the sentencing court; aid the defendant in bringing about improvements in his or her conduct and condition; instruct the defendant as to the conditions specified by the sentencing court; provide a written statement of those conditions that is sufficiently clear and specific to serve as a guide for such supervision as is required; and provide enforceable instructions that reasonably derive from or are necessary to ensure compliance with the court-imposed conditions of supervision.)*

**6.** You must not own, possess, or have under your control a firearm, ammunition, destructive device or dangerous weapon.  *(This condition serves the statutory sentencing purpose of public protection.  By allowing the probation officer to supervise the defendant without risk to safety caused by the possession of weapons, it enables the probation officer to*

4

Defendant: BOBBY LEON SMITH
Case Number: 2:19CR42-001

*satisfy the statutory requirements to: Keep informed as to the conduct and condition of the defendant; report the defendant's conduct and condition to the sentencing court; and aid the defendant in bringing about improvements in his or her conduct and condition. Finally, it promotes the public safety and reduces safety risks posed by the defendant to the community and the probation officer, and it assists in ensuring that the defendant is complying with other conditions such as the prohibition of committing new crimes including the prohibition of possession of certain weapons for defendants convicted of certain crimes.)*

**8.** You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must tell the probation officer at least ten calendar days before the change. If telling the probation officer in advance is not possible due to unanticipated circumstances, you must tell the probation officer within 72 hours after the change. *(This condition serves the statutory sentencing purposes of public protection and rehabilitation. It also enables the probation officer to satisfy the statutory requirements to keep informed as to the conduct and condition of the defendant and to aid the defendant in bringing about improvements in his or her conduct and condition. Finally, this condition allows the probation officer to implement supervision methods demonstrated by social science to be effective at achieving positive outcomes.)*

**9.** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must tell the probation officer at least ten calendar days before the change. If telling the probation officer in advance is not possible due to unanticipated circumstances, you must tell the probation officer within 72 hours after the change. *(This condition serves the statutory sentencing purposes of public protection and rehabilitation. It also enables the probation officer to satisfy the statutory requirements to: Keep informed as to the conduct and condition of the defendant; report the defendant's conduct and condition to the sentencing court; and aid the defendant in bringing about improvements in his or her conduct and condition. Finally, it allows the probation officer to be aware of changes in the defendant's residence so that the probation officer can determine whether such a change poses a risk to the community or impacts the defendant's risk and needs. Advance notice of such a change is necessary to allow time to assess the suitability of the new residence.)*

**11.** You must not go to, or be at any place where you know or reasonably should know controlled substances are illegally sold, used, distributed, or administered without first obtaining the permission of the probation officer. *(This condition serves the statutory sentencing purposes of public protection and rehabilitation. It also prevents the defendant from being in an environment where crimes are occurring, antisocial associates are present, or there is an increased risk of substance abuse. Finally, it enables the probation officer to satisfy the statutory requirements to: Keep informed as to the conduct and condition of the defendant; report the defendant's conduct and condition to the sentencing court; and aid the defendant in bringing about improvements in his or her conduct and condition.)*

5

Defendant: BOBBY LEON SMITH                                                    Page 6 of 8
Case Number: 2:19CR42-001

**12.** If you know someone is committing a crime, or is planning to commit a crime, you must not knowingly communicate or interact with that person in any way.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person in any way without first getting the permission of the probation officer.  *(This condition serves the statutory sentencing purposes of public protection and rehabilitation.  It also enables the probation officer to satisfy the statutory requirements to:  Keep informed as to the conduct and condition of the defendant; report the defendant's conduct and condition to the sentencing court; and aid the defendant in bringing about improvements in his or her conduct and condition.  Finally, it prevents antisocial relationships, encourages pro-social relationships, provides the defendant with a justification to avoid associating with persons convicted of felonies, and may deter future criminal conduct that may be jointly undertaken with those persons.)*

**13.** You must allow the probation officer to visit you at home or at any other reasonable location and you must permit the confiscation of any contraband the probation officer observes in plain view.  A visit between the hours of 11:00 p.m. and 7:00 a.m. shall be conducted only when the probation officer has a reasonable belief that you have violated a condition of supervision and that a visit during those hours would reveal information or contraband that would not be revealed by a visit at any other time.  If you are placed on home detention with location monitoring equipment and the monitoring service alerts the probation office that either the monitoring equipment has malfunctioned or that you are in noncompliance, you must allow the probation officer to visit you at any time to ensure that the location monitoring equipment is functioning properly and that you are in compliance with your home detention condition.  *(This condition serves the statutory sentencing purposes of public protection and rehabilitation.  It also enables the probation officer to satisfy the statutory requirements to:  Keep informed as to the conduct and condition of the defendant; report the defendant's conduct and condition to the sentencing court; and aid the defendant in bringing about improvements in his or her conduct and condition.  Finally, it allows the probation officer to implement effective supervision strategies by making the probation officer aware of the defendant's living environment, and standard of living; by facilitating the development of rapport with the defendant's family members, friends, and other members of the defendant's support network; and by providing an environment that may in some cases be more conducive to open and honest communication with the probation officer.)*

**14.** You must notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.  *(This condition serves the statutory sentencing purposes of public protection and rehabilitation.  It also enables the probation officer to satisfy the statutory requirements to:  Keep informed as to the conduct and condition of the defendant; report the defendant's conduct and condition to the sentencing court; and aid the defendant in bringing about improvements in his or her conduct and condition.  Finally, it allows the probation officer to be aware of potential criminal activity or involvement in high-risk situations by the defendant and it assists in ensuring that the defendant is complying with other conditions such as the prohibition on committing new crimes or associating with those involved in criminal activity.)*

6

Defendant: BOBBY LEON SMITH                                                                                          Page 7 of 8
Case Number: 2:19CR42-001

**15.** You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office will share financial information with the U.S. Attorney's Office. Also, you must not incur new credit charges, or open additional lines of credit without the approval of the probation officer. If the judgment imposes a fine or restitution, you must pay the fine or restitution as ordered. You must also notify the probation officer within 72 hours of any changes in your economic circumstances that might affect the ability to pay any court ordered financial obligation. *(This condition enables the probation officer to satisfy the statutory requirements to: Keep informed as to the conduct and condition of the defendant; report the defendant's conduct and condition to the sentencing court; and aid the defendant in bringing about improvements in his or her conduct and condition. Finally, it may assist the probation officer in setting the appropriate collection parameters for monetary conditions; deter and detect economic crimes; verify and monitor self-employment; or assist a disorganized, impulsive defendant to gain control of his or her financial situation.)*

**20.** You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay the costs of the program if financially able. You must take all mental health medications that are prescribed by your treating physician. You must pay the costs of the medication if financially able. *(This condition serves the statutory sentencing purposes of public protection and rehabilitation. It also enables the probation officer to satisfy the statutory requirements to: Keep informed as to the conduct and condition of the defendant; report the defendant's conduct and condition to the sentencing court; and aid the defendant in bringing about improvements in his or her conduct and condition. Defendants who suffer from mental disorders may be hampered in their ability to respond to supervision requirements, for example, by cognitive impairments, delusions, and side effects from medications. Defendants who suffer from mental disorders often require more intensive monitoring and specialized treatment. Supervision may stabilize them so that they do not present a danger to themselves or others and reduce the risk that they will commit future crimes.)*

**33.** You must not make any agreement with a law enforcement agency to act as a special agent or confidential informant without first getting the permission of the court. *(A confidential informant is a defendant who engages in the prohibited activity of associating with persons engaged in criminal activity for the purpose of furnishing information to or acting as an agent for a law enforcement or intelligence agency. Since the inception of the federal criminal justice system, prosecutors have utilized defendants supervised in the community as confidential informants. The activities required of confidential informants, however, may potentially conflict the conditions normally imposed by a court. Acting as a confidential informant is generally inconsistent with the rehabilitative and re-integrative goals of supervision. Such activities may also pose risks to the probation officer who supervises the defendant, especially when he or she has limited knowledge or no knowledge of the nature of the defendant's activities. There are rare occasions, however, when the law enforcement benefits to the community justify permitting the defendant to engage in this high-risk activity.*

Defendant: BOBBY LEON SMITH
Case Number: 2:19CR42-001

***In these cases, strict monitoring by the court and the probation office is necessary for the safety of the community, the defendant, and the supervising probation officer.)***

## FINANCIAL OBLIGATIONS

The defendant shall pay to the United States a special assessment in the amount of $100.00, which is due and payable immediately to the Clerk of this court.

While incarcerated, the defendant may pay his financial obligation(s) from wages earned by participating in the inmate financial responsibility program.  Nonparticipation may result in a denial of certain privileges to which he might otherwise be entitled.

The defendant must notify the United States Attorney for this District  within 30 days of any change of name, residence, mailing address, or material change in his economic circumstances until this financial obligation is fully paid.

Because the defendant does not have the funds or financial resources to pay a fine without impairing his ability to support himself and his dependent(s), I am imposing no fine.