UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No. 2:19 CR 42 |
| ) | |
| BOBBY LEON SMITH  ) | |

### O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. (DE # 102.) Defendant is **ADJUDGED** to have committed a violation of supervised release as described in the May 9, 2025, Amended Petition. (DE # 93.) The Agreed Disposition of Supervised Release Violation is **ACCEPTED.** (DE # 100.) Defendant is sentenced to a term of incarceration of eight (8) months, with no additional term of supervised release to follow. The court further recommends that defendant receive credit for time served.

SO ORDERED.

Date: June 23, 2025

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT